**Electronically Filed
Supreme Court
SCWC-29550
14-FEB-2014
01:47 PM**

SCWC-29550

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

ENRICO CALARA, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29550; CR. NO. 08-1-0977)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed on February 14, 2014, is corrected as follows:

On the first page, the composition of the court is corrected to add "CONCURRING & " before "DISSENTING," so that it now reads:

ACOBA, McKENNA, AND POLLACK, JJ.; WITH RECKTENWALD, C.J., CONCURRING & DISSENTING, WITH WHOM NAKAYAMA, J., JOINS

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

An amended opinion of the court will be filed contemporaneously with this order.

DATED:  Honolulu, Hawaiʻi, February 14, 2014.

/s/ Sabrina. S. McKenna

Associate Justice

